IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JIMMY W. SHIRAH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                         CASE NO. 1D16-0412

PEGGY C. BRANNON,

Appellee.

_____/

Opinion filed March 4, 2016.

An appeal from an order of the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Jimmy W. Shirah, pro se, Appellant.

Peggy C. Brannon, pro se, Appellee (no appearance).

PER CURIAM.

DISMISSED. The Court has determined that appellant's notice of appeal

failed to invoke its appellate jurisdiction in a timely manner. Accordingly, the

appeal is dismissed.

ROBERTS, C. J., MAKAR and OSTERHAUS, JJ., CONCUR.